IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES GARLAND JOHNS,
ADC #655824                                                                                          PLAINTIFF

v.                                   1:13CV00043-SWW-JJV

JOHN FERGUSON, Lt., Independence
County Jail; *et al.*                                                                                 DEFENDANTS

## ORDER

Plaintiff has now submitted an Amended Complaint (Doc. No. 4) in accordance with the Court's May 10, 2013 Order (Doc. No. 3). Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants John Ferguson, Brittni Engelhardt, Dennis McNally, and Glenda Rose. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 4) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 17th day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE