**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JAMES GARLAND JOHNS,                  *
ADC #655824,                          *
                                      *
            Plaintiff,                *
                                      *
v.                                    *
                                      *          No. 1:13CV00043-JJV
                                      *
JOHN FERGUSON, Lt., Independence      *
County Jail; *et al.*                 *
                                      *
            Defendants.               *

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.  The relief

sought is denied.

IT IS SO ORDERED this 4th day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1